810

*Wilbur J. Holleman* for respondents in Nos. 829, 846, and 906. *Mr. Joseph C. Stone* entered an appearance for respondents in Nos. 847 and 850. *Solicitor General Fahy* filed a memorandum on behalf of the United States. █

No. 912. WEBER *v.* SQUIER, WARDEN. March 2, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied on the ground that the cause is moot, it appearing that petitioner has been released upon order of the United States Board of Parole and that he is no longer in the respondent's custody. The motion for leave to proceed further *in forma pauperis* is therefore also denied. *Max Weber, pro se. Solicitor General Fahy* for respondent. █

No. 904. LANDMAN, SUPERINTENDENT OF THE FIVE CIVILIZED TRIBES, *v.* COMMISSIONER OF INTERNAL REVENUE. March 2, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. MR. JUSTICE JACKSON took no part in the consideration or decision of this application. *Messrs. Huston Thompson* and *Oscar P. Mast* for petitioner. *Solicitor General Fahy, Assistant Attorney General Clark,* and *Messrs. J. Louis Monarch* and *Bernard Chertcoff* for respondent. █

No. 894. HELVERING, COMMISSIONER OF INTERNAL REVENUE, *v.* SPROUSE. March 2, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. MR. JUSTICE BLACK, MR. JUSTICE DOUGLAS, and MR. JUSTICE MURPHY are of opinion that the petition for writ of certiorari should be granted. *Solici-*

*tor General Fahy* for petitioner:

No. 843. BENAVIDES *v.* TEXAS. March 2, 1942. Petition for writ of certiorari to the Court of Criminal Appeals of Texas denied. *Mr. M. C. Gonzales* for petitioner. *Messrs. Gerald C. Mann,* Attorney General of Texas, and *Geo. W. Barcus,* Assistant Attorney General, for respondent.

No. 854. STEWART, TRUSTEE, ET AL. *v.* DYAR. March 2, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Ben L. Britnell* for petitioners. *Mr. William L. Chenault* for respondent.

No. 863. MELVILLE ET AL., TRUSTEES, ET AL. *v.* WEYBREW ET AL. March 2, 1942. Petition for writ of certiorari to the Supreme Court of Colorado denied. *Mr. Irving B. Melville* for petitioners.

No. 866. SKAGGS *v.* COMMISSIONER OF INTERNAL REVENUE. March 2, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Robert Ash* for petitioner. *Solicitor General Fahy, Assistant Attorney General Clark,* and *Messrs. J. Louis Monarch* and *Warren F. Wattles* for respondent.

No. 870. BERNSTEIN *v.* UNITED STATES. March 2, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Herbert*